United States District Court
for the Southern District of Mississippi

Frederick Banks,
    Plaintiff,

v.

Bruce Pearson, Warden;
Harley Lappin, Director,
Federal Bureau of Prisons;
United States of America;
President Barack Obama;
Vice President Joe Biden;
AW Pitts; US Senators;
Jeff Sessions; Richard Shelby;
Ted Stevens; Lisa Murkowski;
John McCain; Jon Kyl; Mark
Pryor; Blanche L Lincoln;
Barbara Boxer; Dianne Feinstein;
Wayne Allard; Ken Salazar;
Christopher J. Dodd; Joseph Lieberman;
Thomas R. Carper; Mel Martinez;
Bill Nelson; Saxby Chambliss;
Johnny Isakson; Daniel K. Inouye;
Daniel K. Akaka; Larry Craig;
Mike Crapo; Richard J. Durbin;
Evan Bayh; Richard G. Lugar;
Tom Harkin; Chuck Grassley; Pat
Roberts; Sam Brownback; Mitch
McConnell; Jim Bunning; Mary L.
Landrieu; David Vitter; Susan M.
Collins; Olympia J. Snowe;
Barbara Ann Mikulski; Benjamin L.
Cardin; John F. Kerry; Carl Levin;
Debbie Stabenow; Norm Coleman;
Amy Klobuchar; Thad Cochran;
Trent Lott; Christopher (Kit) Bond;
Claire McCaskill; Max Baucus; John
Tester; Chuck Hagel; Ben Nelson;
Harry Reid; John Ensign; John
Sununu; Judd Gregg; Frank Lautenberg;
Robert Menendez; Pete V. Domenici;
Jeff Bingaman; Charles E. Schumer;
Gillian Hillibrand; Elizabeth H. Dole;
Richard Burr; Byron L. Dorgan; Kent Conrad;
George V. Voinovich; Sherrod Brown; James M.
Inhofe; Tom Coburn; Gordon Smith; Ron
Wyden; Arlen Specter; Bob Casey, Jr; John F.
Reed; Sheldon White House; Lindsey Graham;
Jim DeMint; Tim Johnson; John Thune;

Civil Action No.

5:10cv94-KSMTP

Jury Trial Demanded
Notice of Lis Pendens

SOUTHERN DISTRICT OF MISSISSIPPI
FILED
MAY 24 2010
J. T. NOBLIN, CLERK
BY _____ DEPUTY

1 of 6

Lamar Alexander; Bob Corker; John Cornyn; Kay Bailey Hutchison; Robert F. Bennett; Orrin G. Hatch; Patrick Leahy; Bernard Sanders; John W. Warner; James H. "Jim" Webb, Jr.; Patty Murray; Maria Cantwell; John D. Rockefeller IV; Robert C. Byrd; Russ Feingold; Herb Kohl; Michael B. Enzi; Craig Thomas; Roger F. Wicker; US Congressman Bennie G. Thompson; Chip Pickering; Gene Taylor; Robert A. Brady; Chaka Fattah; Phil English; Jason Altmire; John E. Peterson; Jim Gerlach; Joe Sestak; Patrick J. Murphy; Bill Shuster; Christopher Carney; Paul E. Kanjorski; John P. Murtha; Allyson Schwartz; Mike Doyle; Charles W. Dent; Joseph R. Pitts; Tim Holden; Tim Murphy; Todd Platts; Alan B. Mollohan; Shelley Moore Capito; Nick Joe Rahall II; Barbara Cubin; Eni F.H. Faleomavaega (Hunkin); Eleanor Holmes Norton; Madeleine Z. Bordallo; Luis G. Fortuno; Donna M. Christensen; State Governors, Bob Riley; Sarah Palin; Janet Napolitano; Mike Beebe; Arnold Schwarzenegger; Bill Ritter; M. Jodi Rell; Ruth Ann Minner; Charlie Crist; Sonny Perdue; Linda Lingle; C.L. "Butch" Otter; Rod R. Blagojevich; Mitch E. Daniels, Jr.; Chester J. Culver; Kathleen Babineaux Blanco; John E. Baldacci; Martin O'Malley; Deval Patrick; Jennifer M. Granholm; Tim Pawlenty; Haley Barbour; Matt Blunt; Brian Schweitzer; David Heineman; Jim Gibbons; John H. Lynch; Jon Corzine; Bill Richardson; Eliot Spitzer; Mike Easley; John Hoeven; Ted Strickland; Brad Henry; Ted Kulongoski; Edward G. Rendell; Donald L. Carcieri; Mark Sanford; Mike Rounds; Phil Bredesen; Rick Perry; John M. Huntsman, Jr.; Jim Douglas; Timothy M. Kaine; Christine Gregoire; Jim Doyle; Dave Freudenthal; Anibal Acevedo Vila; 2225 Haley Barbour Parkway; Antonin Scalia; John Roberts; Anthony M. Kennedy; David H. Souter; Clarence Thomas; Ruth Bader Ginsburg; Sonia Sotomeyer; Stephen G. Breyer; Samuel A. Alito Jr.; Elena Kagan; DSCC, Grand Prairie Designation Complex FBOP; Keith Everett, Unit Manager; Katina Burch, Case Manager; Counselor Williamson; SIA Henderson; SIS Lt. Leon Williams ~~Deputy Captain Allen Waters~~; USA Today; Yazoo City Herald

2 of 6

Wall Street Journal; New York Times; Los Angeles Times; New York Post; New York Daily News; Washington Post; Chicago Tribune; Houston Chronicle; Long Island Newsday; Dallas Morning News; Phoenix Republic; Boston Globe; Chicago Sun Times; Newark Star-Ledger; San Francisco Chronicle; Minneapolis Star Tribune; Atlanta Journal-Constitution; Detroit Free Press; Cleveland Plain Dealer; Philadelphia Inquirer; Portland Oregonian; St. Petersburg Times; San Diego Union-Tribune; Orange County Register; Miami Herald; St. Louis Post-Dispatch; Sacramento Bee; AM New York; NO Times-Picayune; Washington Examiner; Indianapolis Star; Denver Post; Denver Rocky Mountain News; Kansas City Star; Baltimore Sun; South Florida Sun Sentinel; Journal Sentinel; Mercury News; Express News; Sentinel; Tribune; Dispatch; Seattle Times; Pittsburgh Post Gazette; Louisville Courier-Journal; Fort Worth Star Telegram; Charlotte Observer; Boston Herald; Oklahoma City Oklahoman; Detroit News; Cincinnati Enquirer; St. Paul Pioneer Press; Buffalo News; Virginian-Pilot; Times Dispatch; Hartford Courant; World-Herald; Democrat-Gazette; Investors Business Daily; Financial Times; Riverside Press Enterprise; Walnut Creek Contra Costa Times; Las Vegas Review-Journal; American-Statesman; WPB Post; Bergen County Record; Raleigh News & Observer; San Francisco Examiner; Nashville Tennessean; Rochester Democrat and Chronicle; Jacksonville Times Union; Memphis Commercial Appeal; Providence Journal; LA Daily News; Chicago Daily Herald; Fresno Bee; Asbury Park Press; Des Moines Register; Birmingham News; Honolulu Advertiser; Grand Rapids Press; Salt Lake City Tribune; Seattle Post-Intelligencer; Dayton Daily News; Toledo Blade; Westchester Co. Journal News; La Opinion; Beacon Journal; Tulsa World; Tacoma News Tribune; News Sentinel; Syracuse Post-Standard; Philadelphia Daily News; Wilmington News Journal; Lexington Herald-Leader; Allentown Morning Call; Sarasota Herald-Tribune; Columbia State; Tucson Daily Star; Albuquerque Journal; AARP Magazine; AARP Bulletin; Reader's Digest; Better Homes and Gardens; National Geographic; Good Housekeeping; Ladies Home Journal; Time; Woman's Day; Family Circle; People; AAA Westways; Prevention; TV Guide; Sports Illustrated; Newsweek; Playboy; Cosmopolitan; Via Magazine; Southern Living; AAA Going Places; American Legion; Maxim; AAA Living; Redbook; O, The Oprah Magazine; Guideposts; Glamour; Game Informer; Parents; Parenting; Remedy; US News and World Report; Seventeen; ESPN The Magazine; Smithsonian; Family Fun; Martha Stewart Living; Real Simple; Money; Men's Health; Entertainment Weekly; InStyle; US Weekly; Cooking Light; Golf Digest; Fitness; Teen People; Star Magazine; Field & Stream; Woman's World; Self; Sunset; Home & Away; First for Women; Rolling Stone; Cosmo Girl!; Golf Magazine; Ebony; Health; Bon Appetit; Popular Science; American Rifleman; Car and Driver; Vogue; Country Home; In Touch Weekly; Weight Watchers; Stuff; Vanity Fair; Popular Mechanics; More; Family Handyman; Lucky; Nick Jr. Family; National Enquirer; Allure; Boys' Life; Motor Trend; Essence; New Yorker; Web MD The Magazine; Elle; National Geographic International; Scouting; Teen Vogue; GQ; Home; Every Day with Rachael Ray; Gourmet; Handy;

Traditional Home, Donald Loisine, Food & Wine, Maria Elena,
This old House, Midwest Living, Outdoor Life, US Attorney,
Defendants.

## Complaint pursuant to 18 USC § 3332

Plaintiff Frederick Banks ("Banks") brings the following complaint under 18 USC § 3332, 5 USC § 701 et seq (the Administrative Procedures Act), Bivens, and 42 USC § 1983, 28 USC § 1331 and 28 USC § 1364.

1. On 5/20/10 defendant Bruce Pearson along with the other defendants played an "unconstitutional sport" with Banks. Banks who was lodged continuously in and out of the SHU for 53 continuous days because he was purportedly under investigation for writing sexually explicit letters to staff and placing them under staff doors in the housing unit.

2. On 5/3/10 Banks was released from the SHU because the investigation could not be supported. SIS Leon Williams Lt filed a sworn declaration in which he stated "Inmate Banks was placed in the SHU on March 21, 2010 pending an investigation into possible writing sexual explicit letters to staff and placing them under staff doors in the housing unit. The investigation could not be supported and inmate Banks was released from the SHU on May 3, 2010... Inmate Banks was provided with his legal material while housed in the SHU. When inmate Banks released from the SHU he had his legal work in his possession." The declaration was executed under perjury on May 10, 2010. See Banks v. Nicklin, 1:CV-06-1127 (MDPA) Exhibits To Defendants Reply Brief In Support of their Motion for Summary Judgment at Exhibit 1 Declaration of L. Williams.

3. Banks is still in the SHU on the same investigation and he was not provided with his legal papers while in the SHU or otherwise. On 5/20/10 Pearson stated that Banks was going to be shipped "because you were messing with that staff member". Banks stated to Pearson that he had the SIS Lt's sworn declaration that the investigation could not be supported and that he had already been in the SHU for 53 days. Pearson stated "and you'll be here for 53 more, write that! You were messing with that

4 of 6

staff member and I'm going to ship you". Banks stated "I'm in the drug program I'll lose it and what about the Declaration from the SIS investigator?" Pearson said "I haven't seen that but we're getting you out of here." Pearson resembled Jack Nicolson in the Shining the way he squinted his eyes in an evil grin when he looked right through Banks in discontent. Pearson and the rest of the defendants violated 28 CFR, the SIS supervisors manual, the Fifth and Sixth Amendments, the First Amendment, the Administrative Procedures Act, title 18 because they aided and abetted perjury, contempt and false statements. Banks showed Pearson the Declaration where Lt. Williams the investigator stated that the investigation could not be supported yet Pearson continued to insist that Banks was guilty and because he personally did not want Banks at FCC Yazoo City that Banks was being shipped. Pearson's actions were not only arbitrary and capricious but also criminal. Banks moves the court to intervene and compel defendants to investigate Pearson's retaliatory behavior that violated various laws rules and regulations. Katina Burch, Everett and Williamson are personally liable because they each retaliated against Banks by rescoring his security score on 5/13/10 and purposely falsly altering his records by raising the score. For instance the score was changed to reflect that Banks white collar offense was moderate rather than Low-moderate. Banks crime was only a low-moderate offense because he was only held accountable for $85,000.00 in restitution. Defendants falsified Banks records in violation of title 18. Each of the other defendants conspired to keep Banks housed in maximum confinement in the SHU acting under color of both state and federal law to deprive Banks of his First, Fifth and Sixth, 11th Amendment Constitutional Rights. Banks moves the court for an order setting aside Pearsons decisions and terminating his employment with the FBOP. Banks also

moves the Court to compel the US Attorney to present the foregoing evidence of criminal wrongdoing to a federal Grand Jury or in the alternative to present the evidence to a grand jury under the common law. Banks moves for damages in the amount of $1,000,000,000.00 (one Billion dollars) plus costs, interest and fees. The PLRA does not apply to this action because the underlying action is criminal not civil in nature.

WHEREFORE, The plaintiff demands that judgment be entered for plaintiff and against defendants for the requested relief and all other appropriate relief including a Lis pendens against defendants encumbering all assets and property, money etc. of defendants and ordering Banks' release from the SHU. Executed this 20th day of May, 2010 under the penalty for perjury 28 USC §1746

Respectfully Submitted,

Frederick Banks
#05711-068, SHU, A-19
PO Box 5000
Yazoo City, MS 39194

PLAINTIFF

Frederick Banks
#05711-068, SHU, 1A-19
Federal Correctional Complex
PO Box 5000
Yazoo City, MS 39194

Special Ment
Sent: 5/20/10

J.T. Noblin, Clerk
United States District Court
PO Box 23552
Jackson, MS 39225-3552

JACKSON MS 390
21 MAY 2010 PM 3

RECEIVED
MAY 24 2010
Clerk, U.S District Court
Southern District of Miss.